FILED
AUGUST 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK W. BECHTEL, JR., | ) | |
| | ) | |
| Plaintiff, | ) | No: |
| | ) | |
| vs. | ) | |
| | ) | **JUDGE KAPALA** |
| ILLINOIS TOOL WORKS INC., | ) | **MAGISTRATE JUDGE MAHONEY** |
| | ) | |
| WORKS. | ) | JURY DEMAND |

**08 C 50164**

**COMPLAINT**
**AS AND FOR A FIRST CAUSE OF ACTION**
**(AGE DISCRIMINATION IN VIOLATION TO THE ADEA)**

NOW COMES the Plaintiff, FRANK W.BECHTEL ("Plaintiff"), by and through his attorney, MICHAEL T. SMITH & ASSOCIATES, and in complaining of the WORKS, ILLINOIS TOOL WORKS, INC. (" Defendant" or "WORKS"), and states as follows:

**JURISDICTION AND VENUE**

1. Plaintiff brings this action for benefits under the Age Discrimination in Employment Act of 1967 (hereinafter sometimes referred to as the ADEA), 29 U.S.C. § 621-634, under the specific provisions of the Age Discrimination in Employment Act, viz. 29 U.S.C. § 626(c).

2. Jurisdiction of this action is conferred upon the Court by Section 7(b) of the Age Discrimination in Employment Act, 29 U.S.C. § 626 (b) and Venue 28 U.S.C. § 1331.

3. The employment practices hereafter alleged to be unlawful were and are now being committed in the Northern District of Illinois, Eastern Division.

**PARTIES**

4. Plaintiff is an adult person and a resident of Winnebago County, State of Illinois.

5. Plaintiff was an employee of WORKS, from November of 1987 until he was terminated due to actions of WORKS' agents in April of 2008.

6. WORKS is an employer within the meaning of the Civil Rights Act and 42 U.S.C. 2000(e) *et seq.*, and has been at all times material to the allegations herein.

## STATEMENT OF FACTS

7. Plaintiff was an Engineering Manager operating for WORKS's Offices in Glenview, Illinois.

8. At all times relevant, WORKS, has been and is now a Delaware corporation doing business in the State of Illinois and other surrounding States, and has continuously had and now have at least five hundred (500) employees.

9. Plaintiff was born on May 18, 1954, and falls within the group protected by the ADEA.

10. At all times material herein and hereinafter mentioned, WORKS Corporation has engaged in and employed its employees in commerce and in the production of goods and services for commerce between points in many states. The WORKS was, and is, and has been, at all times material herein, engaged in commerce within the meaning of the ADEA.

11. WORKS Corporation is an employer within the meaning of the ADEA.

12. Plaintiff was an employee of the WORKS Corporation for approximately 21 years covering the period from November of 1987 until he was terminated due to actions of WORKS' agents in April of 2008, in violation of the ADEA.

13. In early 2005 and continuously thereafter, John Bubulka, (under 40 years of age), supervisor of plaintiff while meeting the minimum standards of his employer, the

WORKS willfully discriminated against plaintiff because of his age by treating him differently than younger employees under 40 by:

a) Plaintiff was not given any performance reviews for 15 months;
b) In April of 2005, Plaintiff received his review which was revised 6 or 7 months later and was rated poorly;
c) The poor rating was unwarranted because Plaintiff had never had any counseling on his performance;
d) Younger engineers had been given their reviews in a timely manner;
e) Plaintiff was denied mileage compensation while younger engineers received mileage compensation;
f) Plaintiff was denied overnight stays for business trips while younger engineers were allowed the expense;
g) John Bubulka made derogatory statement that he did not want Plaintiff to work for him because of plaintiff's age, Plaintiff reached 51 years of age May of 2005.
h) In July of 2006, Plaintiff informed Phil Johnson and George Montgomery of the discriminatory action of John Bubulka, for which they asked Plaintiff to agree to a verbal severance agreement rather than take action against John Bubulka.

14. As a result of WORKS' actions, the Plaintiff has been deprived of his wages and employment benefits.

15. In addition, the Plaintiff seeks to be reinstated, but if he is not reinstated, he will continue to be deprived of wages and employment benefits in the future. The Plaintiff is therefore entitled to an award of front pay if reinstatement is not possible.

16. The WORKS' conduct was at all times willful and wanton entitling the Plaintiff to liquidated damages.

## PROCEDURAL FACTS

17. Plaintiff protested his unlawful treatment and on July 17, 2007, filed charges of the discrimination herein alleged with the Equal Employment Opportunity Commission at Chicago (EEOC), Illinois. A true and correct copy of the Charge of Discrimination is attached hereto as Exhibit "A" and incorporated herein. Efforts by that agency to obtain voluntary compliance by the WORKS with the Age Discrimination in Employment Act have been unsuccessful thereby causing the EEOC to issue a Notice of Right to Sue

letter. A true and correct copy of the Notice of Right to Sue is attached hereto as Exhibit "B" and incorporated herein.

18. This action has been timely filed within ninety (90) days of the receipt of the Notice of Right to Sue

WHEREFORE, the Plaintiff prays that the court order such relief as is necessary to make the plaintiff whole, including:

1. Reinstatement or, alternatively, front pay;

2. Damages, including loss of pay and benefits;

3. Statutory liquidated damages due to the WORKS's willful conduct;

4. Attorneys' fees and costs incurred in this action

5. Such other relief as is just and equitable.

6. The plaintiff requests a jury trial of this action.

## AS AND FOR A SECOND CAUSE OF ACTION
## (DISCRIMINATION UNDER THE AMERICANS WITH DISABILITIES ACT)

### NATURE OF ACTION

19. This is an action is brought under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 and the Illinois Human Rights Act, to correct unlawful employment practices on the basis of disability (handicap) and to make the Plaintiff whole. WORKS discriminated against Plaintiff, a qualified individual with a handicap, because of his disability

### JURISDICTION AND VENUE

20. Jurisdiction of this Court is invoked pursuant to 28 U.S.C.A. & & 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 107(a) of the

Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C.A. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C.A. §§ 2000e-5 (f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C.A. § 1981(A) . The employment practices hereafter alleged to be unlawful were and are now being committed in the Northern District of Illinois, Eastern Division.

21. Plaintiff realleges each and every allegation set forth above with the same force and effect as if more fully set forth herein.

22. WORKS is an employer as that term is defined under the American Disability Act and the Illinois Human Rights Act, at all times material to the allegations herein.

23. Plaintiff has a permanent disability Carpal Tunnel in that he has a record of, or is regarded as having a physical impairment that substantially limits one or more of his major life activities but said disability is not related to his ability to perform the essential functions of his assigned duties with WORKS.

## STATEMENT OF CLAIMS

24. Despite WORKS listing itself as an equal employment company and having a policy against discrimination to the disabled, WORKS intentionally discriminated against Plaintiff by refusing to allow Plaintiff a reasonable accommodation to limit long drives in his employment because of his handicap of having a medical condition of Carpal Tunnel. Further, plaintiff had considered his being forced to drive a punitive for requesting an accommodation. This discrimination, because of his handicap or disability, violates his rights under both the American Disability Act and the Illinois Human Rights Act.

25. WORKS' acts and omissions to act violate applicable provisions of the American

Disability Act.

26. The discriminatory action of WORKS as set forth above has caused Plaintiff to be harmed in that Plaintiff has suffered in his position, his work environment had become impaired and his work performance was impaired. As a further proximate result of WORKS's unlawful and intentional discriminatory actions against Plaintiff, as alleged above, Plaintiff has been harmed in that Plaintiff has suffered lost income, emotional pain, humiliation, mental anguish, loss of enjoyment of life, and emotional distress. As a result of such discrimination and consequent harm, Plaintiff has suffered such damages in an amount according to proof.

27. Plaintiff has no adequate remedy at law to secure relief. If this court does not enter an order for WORKS to reinstate Plaintiff and thereafter accommodate him, Plaintiff will be irreparably injured.

28. Plaintiff protested his unlawful treatment and on July 17, 2007, filed charges of the discrimination herein alleged with the Equal Employment Opportunity Commission at Chicago (EEOC), Illinois. A true and correct copy of the Charge of Discrimination is attached hereto as Exhibit "A" and incorporated herein. Efforts by that agency to obtain voluntary compliance by the WORKS with American With Disabilities Act have been unsuccessful thereby causing the EEOC to issue a Notice of Right to Sue letter. A true and correct copy of the Notice of Right to Sue is attached hereto as Exhibit "B" and incorporated herein.

29. This action has been timely filed within ninety (90) days of the receipt of the Notice of Right to Sue

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays that the court order such relief as is necessary to make the plaintiff whole, including:

1. Reinstatement or, alternatively, front pay;

2. Damages, including loss of pay and benefits;

3. Statutory liquidated damages due to the WORKS's willful conduct;

4. Attorneys' fees and costs incurred in this action

5. Such other relief as is just and equitable.

6. The plaintiff requests a jury trial of this action.

## AS AND FOR A THIRD CAUSE OF ACTION
## (RETALIATION)

30. Plaintiff realleges each and every allegation set forth above with the same force and effect as if more fully set forth herein.

31. WORKS did intentionally retaliate against Plaintiff, based upon filing of requests for accommodations in or about July of 2006, after returning to work after carpal tunnel surgery and having filed a workman compensation claim with the State of Illinois, wherein, based upon his persistence to acquire accommodations and the filing of a workman compensation claim, WORKS's agents created a hostile and offensive work environment, all in violation of Title VII of the Civil Rights Act of 1964, , as amended by, inter alia the Civil Rights Act of 1991, 42 U.S.C. Section 2000-e et seq.

32. By reason of the retaliation of WORKS, Plaintiff has suffered a loss of earnings and benefits, in addition to suffering great pain, humiliation and mental anguish, all to his damage.

33. Further, said action on the part of the WORKS was done with malice and

reckless disregard for Plaintiff's protected rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. Declare the conduct engaged in by WORKS to be in violation of Plaintiff's rights;

2. For injunctive relief, including but not limited to relief required to make Plaintiff whole for the losses caused by the violations of WORKS;

3. For compensatory damages in an amount according to proof;

4. For punitive damages based upon the wrongful conduct of WORKS

5. For costs of suit, including reasonable attorney's fees and expert fees, pursuant to 42 U.S.C.A § 12117(a), which incorporates the remedies set forth in Title VII of the Civil Rights Act of 1964, Title 42 U.S.C.A. § 2000e-5(k); and

6. For such other and further relief as the court deems proper.

## AS AND FOR A FOURTH CAUSE OF ACTION
## TITLE VII-RETALIATION-DISCRIMINATION

34. Plaintiff realleges each and every allegation set forth above with the same force and effect as if more fully set forth herein.

35. WORKS and its agents have intentionally retaliated and/or discriminated against Plaintiff based upon filing of an EEOC complaint on July 17, 2007. Further, since Plaintiff's filling with the EEOC, WORKS agents have caused his termination on April 18, 2008, all in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-e et seq, as amended by, inter alia the Civil Rights Act of 1991.

36. Plaintiff filed a discrimination charge with the Equal Employment Opportunity Commission (EEOC) (Exhibit "C") on January 28, 2008, and thereafter issued a Right to

Sue letter which is dated May 5, 2008 (See Exhibit "D"). This charge has been timely filed with the Federal District Court in the Northern District of Illinois.

37. By reason of the retaliation of WORKS, Plaintiff has suffered a loss of earnings and benefits, in addition to suffering great pain, humiliation and mental anguish, all to his damage.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that the court order such relief as is necessary to make the plaintiff whole, including:

1. Reinstatement or, alternatively, front pay;

2. Damages, including loss of pay and benefits;

3. Punitive and statutory liquidated damages due to the WORKS's willful conduct;

4. Attorneys' fees and costs incurred in this action

5. Such other relief as is just and equitable.

6. The plaintiff requests a jury trial of this action.


FRANK W. BECHTEL

BY:/s/ **Michael T. Smith**
Michael T. Smith
Trial Attorney

Michael T. Smith #6180407IL
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 440-2007-06423 |

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Frank W. Bechtel, JR. | (815) 626-5464 | 05-18-1954 |

Street Address: 8151 Harvest Hill Dr., Roscoe, IL 61073

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ILLINOIS TOOL WORKS INC - CORPORATE | Over 5,000 | (847) 724-7500 |

Street Address: 3600 W Lake Ave, Glenview, IL 60025

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [X] DISABILITY  [ ] OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-19-2006   Latest: 07-17-2007
[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began employment with Respondent in November 1987 as Engineering Manager. On July 16, 2007 I was demoted to Sr. Project Engineer. During my employment I have been subjected to different terms and conditions of employment and harassment.

I believe I have been discriminated and retaliated against because of my age 53 (DOB 5/18/1954), in violation of the Age Discrimination in Employment Act of 1967, as amended. I have also been discriminated and retaliated against because of my disability, in violation of the American with Disabilities Act of 1990.

RECEIVED EEOC
JUL 17 2007
CHICAGO DISTRICT OFC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jul 17, 2007          [signature: Frank W Bechtel Jr]
Date                  Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EXHIBIT "A"

EEOC Form 161-B (3/98)　　　　U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Frank Bechtel  
8151 Harvest Hill Dr.  
Roscoe, IL 61073

From: Chicago District Office  
500 West Madison St  
Suite 2800  
Chicago, IL 60661

CERTIFIED MAIL 7099 3400 0018 8814 8488

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

EEOC Charge No.: 440-2007-06423  
EEOC Representative: Shuwn Hayes, Investigator  
Telephone No.: (312) 353-8194

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)　　　　　John P. Rowe (signature)　　　　5/8/08 (Date Mailed)  
　　　　　　　　　　　John P. Rowe, District Director

cc: ILLINOIS TOOL WORKS INC - CORPORATE

*Exhibit "B"*

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [ ] FEPA  [X] EEOC | 440-2008-02539 |

Illinois Department of Human Rights — and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Mr. Frank W. Bechtel, Jr.
**HOME TELEPHONE** (Include Area Code): (815) 626-5464
**STREET ADDRESS**: 8151 Harvest Hill Dr.
**CITY, STATE AND ZIP CODE**: Roscoe, IL 61073
**DATE OF BIRTH**: 05-18-1954

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Illinois Tool Works, Inc.
**NUMBER OF EMPLOYEES, MEMBERS**: Over 5,000
**TELEPHONE** (Include Area Code): (847) 724-7500
**STREET ADDRESS**: 3600 W. Lake Ave.
**CITY, STATE AND ZIP CODE**: Glenview, IL 60025
**COUNTY**: Cook

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA): Aug. 2007
LATEST (ALL): Present
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I began employment with Respondent in November 1987 as Engineering Manager. On July 16, 2007 I was demoted to Sr. Project Engineer. During my employment I have been subjected to different terms and conditions of employment and harassment based upon my age and disability

On July 17, 2007 I filed charges of discrimination and retaliation with the EEOC, based upon my age and disability.

Since the filing of my charges I have been retaliated against through continued harassment and intimidation by company management. I have been refused requests for reasonable accomodations due to my disability, I have been further demoted, I have been threatened with termination and generally subjected to a hostile work environment.

When I complained to management of this retaliatory treatment, one of the management personnel responded by putting his fingers in his ears and loudly

RECEIVED EEOC
JAN 28 2008
CHICAGO DISTRICT OFC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

1/24/08   *Frank W Bechtel Jr*
Date      Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

Exhibit "C"

EEOC Form 161-B (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Frank Bechtel, Jr.
8151 Harvest Hill Dr.
Roscoe, IL 61073

From: Chicago District Office
500 West Madison St
Suite 2800
Chicago, IL 60661

CERTIFIED MAIL 7099 3400 0018 8814 8440

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-02539 | Shuwn Hayes, Investigator | (312) 353-8194 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_John P. Rowe_     5/8/08

John P. Rowe,
District Director

(Date Mailed)

Enclosures(s)

cc:     ILLINOIS TOOL WORKS INC - CORPORATE

Exhibit "D"