## United States District Court for the Northern District of Illinois

Case Number: **08 C 50 1 64**  Assigned/Issued By: _[signature]_

### FEE INFORMATION

Amount Due:  ☒ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*  0752000000000

Amount Paid: **350—**  Receipt #: **2995980**

Date Paid: **8-5-08**  Fiscal Clerk: _[signature]_

### ISSUANCES

Type Of Issuance:
- ☒ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

**FILED**
AUG 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Original and **0** copies on **8-5-08** as to **deft**
                              (Date)

C:\wpwin80\docket\feeinfo.frm  01/01