U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08 C 50164

Frank W. Betchel, Jr.

v.

Illinois Tool Works, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Illinois Tool Works, Inc.

| | |
|---|---|
| **NAME (Type or print)** <br> Syeda H. Maghrabi | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Syeda H. Maghrabi | |
| **FIRM** <br> Littler Mendelson, P.C. | |
| **STREET ADDRESS** <br> 200 North LaSalle Street, Suite 2900 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6290109 | **TELEPHONE NUMBER** <br> (312) 372-5520 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, Syeda H. Maghrabi, certify that on August 21, 2008, a copy of the foregoing *Attorney Appearance* was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael T. Smith<br>
Law Offices of Michael T. Smith<br>
440 W. Irving Park Road<br>
Roselle, IL 60172

                                                    s/Syeda H. Maghrabi
                                                      Syeda H. Maghrabi