**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| **FRANK W. BECHTEL, JR.,** | |
| Plaintiff, | **No.  08 C 50164** |
| v. | |
| **ILLINOIS TOOL WORKS, INC.,** | Judge Frederick Kapala |
| Defendant. | Magistrate Judge P. Michael Mahoney |

**DEFENDANT'S AGREED MOTION TO EXTEND TIME**
**TO FILE AN ANSWER OR OTHERWISE PLEAD**

Defendant Illinois Tool Works, Inc., (hereinafter "Defendant" or "ITW"), by and through its attorneys, hereby moves the Court to extend its time to file an Answer or otherwise plead in response to Plaintiff's Complaint by thirty (30) days.  In support of its agreed motion, Defendant states as follows:

1.      On August 5, 2008, Plaintiff Frank Bechtel, Jr., ("Plaintiff" or "Bechtel"), filed his Complaint.  *See* Docket No. 1.

2.      On August 19, 2008, Defendant was served with Plaintiff's Complaint.  Based on this date of service, Defendant's responsive pleading herein is due to be filed by September 8, 2008.

3.      Defendant now seeks an additional thirty (30) days to confer with knowledgeable witnesses, in order to properly and completely address the allegations in Plaintiff's Complaint.

4.      Defendant's counsel spoke with Plaintiff's counsel on August 26, 2008 to discuss Defendant's request for an extension of time to file an Answer or otherwise plead, and Plaintiff's counsel has no objection to the extension and does not oppose this Motion..

5.      As a result, Defendant now respectfully requests this Court for an extension for thirty (30) days, in order to file an Answer or otherwise plead.  Thus, Defendant requests that its

responsive pleading is now due to be filed by October 8, 2008.

6.　　No parties will be prejudiced by the granting of this Motion and this Motion is not filed to unduly delay the proceedings.

WHEREFORE, Defendant respectfully requests that this Court grant its Agreed Motion to Extend Time to File Its Answer or Otherwise Plead by thirty (30) days.

Respectfully submitted,

/s/ Syeda H. Maghrabi
Attorney for Defendant

Grady B. Murdock, Jr. (Attorney I.D. #1992236)
Syeda H. Maghrabi (Attorney I.D. #6290109)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520
Firm I.D. 34950

Dated: August 27, 2008

## CERTIFICATE OF SERVICE

I, Syeda H. Maghrabi, an attorney, certify that on August 27, 2008, I electronically filed **Defendant's Agreed Motion to Extend Time to File an Answer or Otherwise Plead** using the Court's CM/ECF system.  Notification of this filing will be sent electronically from the Clerk of the Court to the following parties of record:


Michael T. Smith
Law Offices of Michael T. Smith
440 W. Irving Park Road
Roselle, IL 60172



/s/ Syeda H. Maghrabi


Firmwide:86411920.1 049429.1005